# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132719

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TIMOTHY DUANE BERG,
     Defendant-Appellant.

SC: 132719
COA: 272715
Saginaw CC: 01-019510-FC

_____/

     On order of the Court, the application for leave to appeal the October 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

d0521

_____
Clerk